NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DENNIS L. SCHMIRLER,**

*Plaintiff-Appellant,*

**v.**

**DAVID J. KAPPOS, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**

*Defendant-Appellee.*

---

2012-1078

---

Appeal from the United States District Court for the Eastern District of Wisconsin in No. 10-CV-0144, Judge Lynn Adelman.

---

**JUDGMENT**

---

GARET K. GALSTER, Ryan Kromholz & Manion, S.C., of Milwaukee, Wisconsin, argued for plaintiff-appellant.

THOMAS W. KRAUSE, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for defendant-appellee. With him on the brief were RAYMOND T. CHEN, Solicitor, and FRANCES M. LYNCH, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* PROST and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 6, 2012          /s/ Jan Horbaly
          Date                      Jan Horbaly
                                        Clerk